UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOBIAS MCWHORTOR, | CASE NO. C19-996 JLR |
| Plaintiff, | |
| v. | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| ITA COURT HARBORVIEW USA GOVERNMENT, | |
| Defendants. | |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff.

DATED this 26th day of June, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge