UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| TOBIAS MCWHORTOR, | CASE NO. C19-0996JLR |
|---|---|
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE |
| v. | |
| ITA COURT HARBORVIEW USA GOVERNMENT, | |
| Defendant. | |

On July 1, 2019, the court dismissed *pro se* Plaintiff Tobias McWhortor's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(2) for failure to state a claim. (*See* Order (Dkt. # 4).) In its order, the court noted that "[t]here is no way for either the court or Defendants to discern the nature of Mr. McWhortor's claims based on his complaint. Any such attempt would be mere speculation." (*Id.* at 4.) The court further granted Mr. McWhortor "14 days to file an amended complaint that properly addresses the pleading deficiencies identified [in the order] and any other pleading deficiencies." (*Id.* at 5.)

More than 14 days have passed since the court's July 1, 2019, order dismissing Mr. McWhortor's complaint. In the intervening time, Mr. McWhortor has filed almost 200 pages of documents that are comprised mainly of Bible verses, Mr. McWhortor's medical history, cases from King County Superior Court regarding Mr. McWhortor's mental health treatments, and Mr. McWhortor's handwritten notes that largely involve transcribing and describing verses from the Bible. (*See generally* Docs. (Dkt. ## 5-6 (sealed)).) Mr. McWhortor has not, however, filed an amended complaint that corrects the pleading deficiencies from his original complaint. (*See* Dkt.)

Because Mr. McWhortor has failed to provide an amended complaint that, even liberally construed, states a claim upon which relief can be granted, the court DISMISSES Mr. McWhortor's complaint without prejudice.

Dated this 19th day of July, 2019.

JAMES L. ROBART
United States District Judge